**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET 3:07CR195-3-RJC
5:07CR-19-4-RLV**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **O R D E R** |
| **DARRELL RAY THOMAS** ) | |
| _____) | |

**THIS MATTER** is before the Court on its own motion to consolidate the above referenced matters for sentencing. The Court finds that the interests of justice and judicial economy warrant the consolidation of these matters.

**IT IS, THEREFORE, ORDERED** that the above captioned cases be consolidated. Docket No. 3:07CR195-3-RJC is hereby transferred to the Honorable Richard L. Voorhees to be consolidated with Docket No. 5:07CR19-4-RLV for sentencing purposes.

Richard L. Voorhees
United States District Judge

Signed: October 27, 2008